No. 69038.—Adero Silk, Inc. v. United States, protest 64/14640 (New York).

309

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.